E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-0142
     Cell:     (213) 500-9369
     E-mail:  julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** 11/5/24; 3/25/2025<br>**PROPOSED TRIAL DATE:** 5/19/2025 |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10 Walsh; JIAYUNG YU, both individually, and by and through his counsel

11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12 and through his counsel of record, Edward M. Robinson; XUANYI MU

13 ("MU"), both individually and by and through his counsel of record,

14 Donald M. Matson; SHOU YANG, individually, and by and through his

15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16 individually, and by and through his counsel of record,        OSCAR

17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19 ROBLES"), both individually and by and through his counsel of record,

20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22 individually, and by and through his counsel of record, Peter

23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25 and by and through his counsel of record, Kevin Gres, hereby

26 stipulate as follows:

27

28

1       1.   On April 4, 2024, a grand jury for the Central District of
2   California returned first superseding indictment as to both <u>United</u>
3   <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>
4   Initial appearance and arraignment for defendant CHENGWU HE has been
5   set for August 22, 2024.

6       2.   The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7   trial commence on or before August 20, 2024.

8       3.   Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9   GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11      4.   All defendants who have appeared in this district have been
12  released on bond pending trial.

13      5.   The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16      6.   By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19      7.   Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22        a.   Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6         b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9         c.    The government does not object to the continuance.

10        d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.

3 |     9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.

9 |     IT IS SO STIPULATED.

Dated: August 5, 2024               Respectfully submitted,

10 |

11 |                             E. MARTIN ESTRADA
                            United States Attorney

12 |                             MACK E. JENKINS
                            Assistant United States Attorney

13 |                             Chief, Criminal Division

14 |

15 |                             _____/s/_____
                            JULIE J. SHEMITZ

16 |                             Assistant United States Attorney

17 |                             Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

18 |

19 |

20 |     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21 | discussed every part of this stipulation and the continuance of the
22 | trial date with my client. I have fully informed my client of his
23 | Speedy Trial rights.  To my knowledge, my client understands those
24 | rights and agrees to waive them.  I believe that my client's decision
25 | to give up the right to be brought to trial earlier than _____
26 | is an informed and voluntary one.

27 |

_____          _____
ZAIRA VILLAGOMEZ                       Date

28 |

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                   Date

6

1    I am SAI ZHANG's attorney. I have carefully discussed every
2    part of this stipulation and the continuance of the trial date with
3    my client. I have fully informed my client of his Speedy Trial
4    rights. To my knowledge, my client understands those rights and
5    agrees to waive them. I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

8
     _____              _____
9    RUEVEN L. COHEN                              Date
     YOUNGBIN SON
10   Attorneys for Defendant
     SAI ZHANG
11

12
         This agreement has been read to me in Mandarin, the language I
13
     understand best, and I have carefully discussed every part of it with
14
     my attorney. I understand my Speedy Trial rights. I voluntarily
15
     agree to the continuance of the trial date and give up my right to be
16
     brought to trial earlier than October 21, 2025. I understand that I
17
     will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
     90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20   _____              _____
     SAI ZHANG                                    Date
21   Defendant

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24   English and Mandarin languages. I accurately translated this entire

25   agreement from English into Mandarin to defendant SAI ZHANG on this

26   date.

27   _____              _____
     INTERPRETER                                  Date
28

                                      7

1

2    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed
3    every part of this stipulation and the continuance of the trial date
4    with my client. I have fully informed my client of his Speedy Trial
5    rights.  To my knowledge, my client understands those rights and
6    agrees to waive them.  I believe that my client's decision to give up
7    the right to be brought to trial earlier than October 21, 2025, is an
8    informed and voluntary one.

9    _____     _____
     ROBERT M. HELFEND                   Date
10   Attorney for Defendant
     BERNARDO MAUBERIS
11

12

13   I have read this stipulation and have carefully discussed it
14   with my attorney. I understand my Speedy Trial rights.  I voluntarily
15   agree to the continuance of the trial date, and give up my right to
16   be brought to trial earlier than October 21, 2025.  I understand that
17   I will be ordered to appear in Courtroom 8C of the Federal
18   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
19   2025 at 8:30 a.m.

20   _____     _____
     BERNARDO MAUBERIS                   Date
21   Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24   I, _____, am fluent in the written and spoken
25   English and Spanish languages.  I accurately translated this entire
26   agreement from English into Spanish to defendant BERNARDO MAUBERIS on
27   this date.

28

```
_____          _____
INTERPRETER                               Date
```

     I am PANYU ZHAO's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

```
_____          _____
LOUIS J. SHAPIRO                          Date
Attorney for Defendant
PANYU ZHAO
```

     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
_____          _____
PANYU ZHAO                                Date
Defendant
```

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant PANYU ZHAO on this
date.

```
INTERPRETER                              Date
```

     I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
CHARLES C. BROWN                         Date
Attorney for Defendant
RAUL CONTRERAS
```

     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
RAUL CONTRERAS                           Date
Defendant
```

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

INTERPRETER _____    Date _____

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____    Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

11

1

INTERPRETER _____     Date _____

2

3        I am HANG SU's attorney.  I have carefully discussed every part

4   of this stipulation and the continuance of the trial date with my

5   client. I have fully informed my client of his Speedy Trial rights.

6   To my knowledge, my client understands those rights and agrees to

7   waive them.  I believe that my client's decision to give up the right

8   to be brought to trial earlier than October 21, 2025 is an informed

9   and voluntary one.

10  MICHAEL D. WALSH _____     Date _____
    Attorney for Defendant
11  HANG SU

12

13

14       I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.

21  HANG SU _____     Date _____
    Defendant
22

23

24                    **CERTIFICATION OF INTERPRETER**

25       I, _____, am fluent in the written and spoken

26  English and Mandarin languages.  I accurately translated this entire

27  agreement from English into Mandarin to defendant HANG SU on this

28  date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   MATTHEW J. LOMBARD                         Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   OSCAR EDUARDO MAYORGA                       Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____
   INTERPRETER                                 Date
28

                              18

1    I, _____, am fluent in the written and spoken

2    English and Mandarin languages.  I accurately translated this entire

3    agreement from English into Mandarin to defendant SHOU YANG on this

4    date.

5    _____    _____

6    INTERPRETER                                          Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____    _____
INTERPRETER                    Date

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    _____
SHOU YANG                      Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    _____
SHOU YANG                      Date
Defendant

## CERTIFICATION OF INTERPRETER

INTERPRETER _____     Date _____

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____     Date _____
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                      Date

1

2

     I am XIAOLEI YE's attorney.  I have carefully discussed every
3
part of this stipulation and the continuance of the trial date with
4
my client. I have fully informed my client of his Speedy Trial
5
rights.  To my knowledge, my client understands those rights and
6
agrees to waive them.  I believe that my client's decision to give up
7
the right to be brought to trial earlier than October 21, 2025 is an
8
informed and voluntary one.
9

10   EDWARD M. ROBINSON                           Date
     BRIAN ARTHUR ROBINSON
11   Attorneys for Defendant
     XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I
15   understand best, and I have carefully discussed every part of it with
16   my attorney.  I understand my Speedy Trial rights.  I voluntarily
17   agree to the continuance of the trial date and give up my right to be
18   brought to trial earlier than October 21, 2025.  I understand that I
19   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
20   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
21

     XIAOLEI YE                                   Date
22   Defendant

23                   **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken
25   English and Mandarin languages.  I accurately translated this entire
26   agreement from English into Mandarin to defendant XIAOLEI YE on this
27   date.

28
                                    14

```
INTERPRETER                          Date
```

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
JONATHON PERLISS                     Date
Attorney for Defendant
JIAYONG YU
```

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

```
JIAYONG YU                           Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
EDVIN S. FLORES                        Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
VICTOR RODRIGUEZ-TRUJILLO               Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____          _____
INTERPRETER                            Date

19

1   I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____          _____
    ROBERT BERNSTEIN                       Date
9   Attorney for Defendant
    VIDAL LICON-ROBLES
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
    VIDAL LICON-ROBLES                     Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____          _____
    INTERPRETER                            Date
28

1      I am LEOPOLDO BERNAL's attorney.  I have carefully discussed
2   every part of this stipulation and the continuance of the trial date
3   with my client. I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8   _____            _____
    ANTHONY M. SOLIS                        Date
9   Attorney for Defendant
10  LEOPOLDO BERNAL

11     I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights.  I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025.  I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18

19  _____            _____
    LEOPOLDO BERNAL                         Date
20  Defendant

21
                        **CERTIFICATION OF INTERPRETER**
22
23     I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on
26  this date.

27  _____            _____
    INTERPRETER                             Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____       _____
   PETER JOHNSON                          Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____       _____
   JULIO ALEXANDER CABRERA                Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JULIO ALEXANDER

26  CABRERA on this date.

27  _____       _____
   INTERPRETER                            Date

28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
MICHAEL S. CHERNIS                   Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JOSE ANTONIO PARDO                   Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____     _____
INTERPRETER                          Date

```
 1
 2        I am JIANDE ZHOU's attorney.  I have carefully discussed every
 3   part of this stipulation and the continuance of the trial date with
 4   my client. I have fully informed my client of his Speedy Trial
 5   rights.   To my knowledge, my client understands those rights and
 6   agrees to waive them.  I believe that my client's decision to give up
 7   the right to be brought to trial earlier than October 21, 2025 is an
 8   informed and voluntary one.
 9                                                    8/9/24
     _____         _____
10   JIANDE ZHOU                          Date
     Attorney for Defendant
11   KEVIN D. GRES
12
13        I have read this stipulation and have carefully discussed it
14   with my attorney. I understand my Speedy Trial rights.  I voluntarily
15   agree to the continuance of the trial date, and give up my right to
16   be brought to trial earlier than October 21, 2025.  I understand that
17   I will be ordered to appear in Courtroom 8C of the Federal
18   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
19   2025 at 8:30 a.m.
                                                    8/9/2024
20   _____         _____
     JIANDE ZHOU                          Date
21   Defendant
22
23                        CERTIFICATION OF INTERPRETER
24        I, __Yanyan Liu__, am fluent in the written and spoken
25   English and Mandarin languages.  I accurately translated this entire
26   agreement from English into Mandarin to defendant JIANDE ZHOUon this
27   date.
28
```

24

_____        08/09/2024
INTERPRETER                             Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28